IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY RONALD HEPLER                                      PLAINTIFF

v.           Civil No. 07-5005

NATIONWIDE MUTUAL INSURANCE COMPANY;
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY;
and NATIONWIDE INSURANCE COMPANY                 DEFENDANTS

# O R D E R

Now on this 14th day of March, 2007, comes on for consideration the **Motion To Withdraw As Counsel For Plaintiff** (document #8), and the Court, being well and sufficiently advised, finds that said motion should be, and hereby is, **granted**, and attorney Bob Scott is allowed to withdraw from his representation of plaintiff in this case.

Plaintiff is allowed twenty (20) days from the date of this Order to obtain new counsel, failing which the case will proceed with plaintiff acting *pro se.*

The Clerk of Court is to note in the file of this case plaintiff's mailing address of 10243 Elzey's Road, Rogers, Arkansas 72756-9309, and telephone numbers of 479-359-3212 and 479-531-1310, and to send a copy of this Order to plaintiff.

**IT IS SO ORDERED.**

                                                     /s/ Jimm Larry Hendren
                                                     JIMM LARRY HENDREN
                                                     UNITED STATES DISTRICT COURT