IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY RONALD HEPLER                                                      PLAINTIFF

V.                                    NO. 07-5005

NATIONWIDE MUTUAL INSURANCE COMPANY
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY
NATIONWIDE INSURANCE COMPANY                                            DEFENDANT

## ORDER

Upon joint motion of the Plaintiff, Gary Ronald Hepler, now appearing *pro se* and the Defendants, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company and Nationwide Insurance Company, by and through their attorney, James W. Tilley, and it appearing to the Court that the above-referenced matter has been settled in all respects, the Plaintiff's cause of action against the Defendants is hereby dismissed with prejudice.

UNITED STATES DISTRICT JUDGE

DATE: 12/06/07

APPROVED AS TO FORM:

GARY RONALD HEPLER, *pro se*

JAMES W. TILLEY
Attorney for Defendants

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 6 2007

JOHNSON, CLERK

DEPUTY CLERK